JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MYRA RANGEL, | Case No. 2:23-cv-03754-DSF-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| DELA CRUZ, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the action is dismissed without prejudice to Petitioner seeking relief in state court.

Dated: July 5, 2023

_____
DALE S. FISCHER
United States District Judge